IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODEN PROPERTIES, LLC, a Nebraska Limited Liability Company, JOHN I. WOODEN and CONNY WOODEN,<br><br>      Plaintiffs,<br><br>vs.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>      Defendants. | 8:13CV265<br><br>ORDER |

  This matter came on for consideration upon the Joint Motion and Stipulation of the parties that the case be dismissed with prejudice (Filing No. 33), each party to bear their own costs, and complete record waived. The Court, being fully advised in the premises, finds that such an order should issue.

  IT IS THEREFORE ORDERED that this case is dismissed with prejudice, each party to bear their own costs, and complete record waived.

  DATED this 29th day of April, 2014.

            BY THE COURT:

            s/ Joseph F. Bataillon
            UNITED STATES DISTRICT COURT JUDGE